IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STACEY BELLAMY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-61 |
| v. | |
| WAL-MART STORES, INC.; and WAL-MART REALTY COMPANY, | |
| Defendants. | |

**O R D E R**

Before the Court is a Motion to Dismiss Without Prejudice, signed and filed by counsel for Plaintiff, wherein Plaintiff requests that the Court dismiss this case without prejudice. (Doc. 9.) Because Defendants have filed an Answer, (doc. 2), Federal Rule of Civil Procedure 41(a)(2) applies and the action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiff's filing does not propose or request any specific terms, and Defendants have not voiced any opposition to the dismissal without prejudice, nor have they requested any terms for the dismissal, (doc. 10). Accordingly, the Court **GRANTS** the motion, (doc. 9), **DISMISSES** the action **WITHOUT PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 21st day of April, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA